UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALI SHAIR,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 3:15-cv-00599-RCJ-WGC<br><br>ORDER |

　　　　Petitioner has submitted a purported pro se petition for writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1-1).  The petition is not on the court-required form, and petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee.  Accordingly, this matter has not been properly commenced.  28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.  The present action, therefore, will be dismissed without prejudice.

　　　　Moreover, petitioner sets forth no discernible factual allegations cognizable in federal habeas and no discernible, plausible factual allegations that would state a claim for which relief may be granted in any event.  He appears to mainly claim that he is being held as a hostage at Northern Nevada Correctional Center.  Petitioner's submissions are delusional and frivolous.

1

2

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** as improperly commenced and frivolous.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: This 12th day of April, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE